McCARTHY, Respondent, v. McCARTHY et al., Appellants. (Supreme Court, General Term, Fourth

Department. July, 1894.) Action by Esther Y. Mc-Carthy against Eugene McCarthy and others. No opinion. Order affirmed, with $10 costs and disbursements.